

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*50 Main Street*
*White Plains, New York 10606*

December 13, 2022

**By Email**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Joseph Duquesne*, 22-MJ-9941

Dear Judge Krause,

    In light of the arrest yesterday of the defendant, Joseph Duquesne, in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney
        Southern District of New York

By: _____
        Ben Arad
        Assistant United States Attorney
        (914) 993-1907

cc: Ezra Spilke, Esq. (by email)

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: December 13, 2022